STATE OF NORTH CAROLINA v. JAMES MICHAEL MITCHELL

No. 7325SC546

(Filed 28 November 1973)

APPEAL by defendant from *Martin (Robert M.), Judge,* 15 January 1973 Session of Superior Court held in BURKE County.

Defendant was charged in a warrant with driving a motor vehicle on the public highway while his operator's license was in a state of revocation. Defendant was found guilty in District Court and appealed. In the Superior Court defendant applied for the appointment of counsel, but, upon a finding by the trial judge that defendant was not indigent, the application was denied. Defendant tendered a plea of guilty. Upon due inquiry, the trial judge found that the plea of guilty was freely and understandingly tendered, and ordered that the plea of guilty be recorded. After hearing evidence for the State and evidence for the defendant, the trial judge imposed a term of six months imprisonment.

*Attorney General Morgan, by Assistant Attorney General Blackburn, for the State.*

*No counsel contra.*

BROCK, Chief Judge.

We have fully reviewed the record and it appears that defendant was afforded a full and complete hearing. It seems that his plea of guilty was advisedly entered because the State's evidence would fully support a conviction. We find no prejudicial error.

No error.

Judges CAMPBELL and BRITT concur.